FRANCES HERRON, Appellant, *v.* COLUMBUS TRUST COMPANY, Respondent.

Argued March 16, 1937; decided April 20, 1937.

*Henry Hirschberg* for appellant.

*Peter Cantline, T. V. W. Anthony* and *A. H. F. Seeger* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.